UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Richard Davis,<br><br>    Plaintiff,<br><br>    v.<br><br>Andrew Pallito, Jason Kennedy,<br>Jeanne Jean, Kim Bushey,<br>Trudee Ettlinger,<br><br>    Defendants. | Case No. 5:10-cv-154 |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Docs. 10 & 12)

The Report and Recommendation of the United States Magistrate Judge was filed January 28, 2011 (Doc. 12), in which he recommended denying the motion of Plaintiff, Richard Davis, for default judgment. (Doc. 10.) After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this court **ADOPTS** the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's motion for default judgment (Doc. 10) is hereby **DENIED**.
SO ORDERED.

Dated in Burlington, in the District of Vermont, this 16th day of February, 2011.

Christina Reiss, Chief Judge
United States District Court